UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAMAR BROWN, on behalf of himself and all others similarly situated,

                      Plaintiff(s),

-against-

THE MADDEN CORPORATION,

                      Defendant(s).

22-CV-9094 (JGLC)

**ORDER OF DISMISSAL**

JESSICA G. L. CLARKE, United States District Judge:

      The Complaint in this action was filed on October 24, 2022. On June 29, 2023, the Court ordered Plaintiff to show good cause in writing why service of the summons and Complaint was not made within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure — or, if Plaintiff believed service had been made, to demonstrate when and in what manner service *was* made within the 90 days. *See* ECF No. 5. The Court notified Plaintiff that if he did not show good cause — or file anything — by July 7, 2023, the Court would dismiss the Complaint. *Id.* Plaintiffs did not file anything by the deadline.

      Accordingly, the Complaint is DISMISSED without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. The Clerk of Court is directed to close the case.

Dated: July 20, 2023
       New York, New York

                                        SO ORDERED.

                                        *Jessica Clarke*

                                        JESSICA G. L. CLARKE
                                        United States District Judge